Andrew B. Downs, SBN 111435
E-Mail: andy.downs@bullivant.com
Edward D. Winchester, SBN 271500
E-Mail: edward.winchester@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415 352 2700
Facsimile: 415 352 2701

Attorneys for Defendant Trip Mate, Inc. dba
Trip Mate Insurance Agency

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON LIGHT, et al., | Case No.: CV 12 01339 MEJ |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TRIP MATE, INC. ONLY** |
| vs. | |
| GRAND CIRCLE LLC dba GRAND CIRCLE TRAVEL, et al., | |
| Defendants. | |

Plaintiffs Leon Light and Laura Light and defendant Trip Mate, Inc. stipulate and request pursuant to Rule 41(a), Federal Rules of Civil Procedure that the court dismiss with prejudice plaintiffs' claims against defendant Trip Mate, Inc. dba Trip Mate Insurance Agency only.

This dismissal does not extend to defendant Grand Circle LLC.

///

///

///

///

///

///

– 1 –

DATED: June 13, 2012

BULLIVANT HOUSER BAILEY PC

By  /s/ Andrew B. Downs
    Andrew B. Downs, SBN 111435
    Edward D. Winchester, SBN 271500

Attorneys for Defendant Trip Mate, Inc. dba Trip Mate Insurance Agency

DATED:   6/13/12

LAW OFFICES OF IRA A. FREYDKIS

By  /s/ Ira Freydkis (per e-mail auth. ABD)
    Ira A. Freydkis, SBN 113126

Attorneys for Plaintiffs Leon Light and Laura Light

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that plaintiffs' complaint is dismissed with prejudice as to defendant Trip Mate, Inc, dba Trip Mate Insurance Agency only.

DATED: June 14, 2012

Chief United
Judge Maria-Elena James

13794079.1

– 2 –
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TRIP MATE, INC.
ONLY
Case No.: C 12 01339 MEJ