1  Andrew B. Downs, SBN 111435
   E-Mail: andy.downs@bullivant.com
2  Edward D. Winchester, SBN 271500
   E-Mail: edward.winchester@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415 352 2700
5  Facsimile: 415 352 2701

6  Attorneys for Defendant Trip Mate, Inc. dba
   Trip Mate Insurance Agency
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  LEON LIGHT, et al.,                    Case No.: CV 12 01339 MEJ

13                 Plaintiffs,             **STIPULATION AND ORDER FOR
                                           DISMISSAL WITH PREJUDICE OF
14        vs.                              DEFENDANT TRIP MATE, INC. ONLY**

15  GRAND CIRCLE LLC dba GRAND CIRCLE
    TRAVEL, et al.,
16
                   Defendants.
17

18        Plaintiffs Leon Light and Laura Light and defendant Trip Mate, Inc. stipulate and

19  request pursuant to Rule 41(a), Federal Rules of Civil Procedure that the court dismiss with

20  prejudice plaintiffs' claims against defendant Trip Mate, Inc. dba Trip Mate Insurance Agency

21  only.

22        This dismissal does not extend to defendant Grand Circle LLC.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                        – 1 –

1   DATED:  June 13, 2012

2                                      BULLIVANT HOUSER BAILEY PC

3

4                                      By  /s/ Andrew B. Downs
                                          Andrew B. Downs, SBN 111435
5                                          Edward D. Winchester, SBN 271500

6                                      Attorneys for Defendant Trip Mate, Inc. dba Trip
                                       Mate Insurance Agency
7

8   DATED:    6/13/12

9                                      LAW OFFICES OF IRA A. FREYDKIS

10

11                                     By  /s/ Ira Freydkis (per e-mail auth. ABD)
                                          Ira A. Freydkis, SBN 113126
12
                                       Attorneys for Plaintiffs Leon Light and Laura Light
13

14                                        **ORDER**

15          Good cause appearing,

16          IT IS HEREBY ORDERED that plaintiffs' complaint is dismissed with prejudice as to

17   defendant Trip Mate, Inc, dba Trip Mate Insurance Agency only.

18   DATED:    June 14, 2012

19

20   _____

21   Chief Unit

22   13794079.1

23

24

25

26

27

28

                                        – 2 –