1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10    LEON LIGHT and LAURA LIGHT,              Case No.: C 12-01339 MEJ
                                               Action Filed: August 15, 2011
11              Plaintiffs,                     Removed: March 15, 2012

12         v.                                  **[PROPOSED] ORDER RE: JOINT
                                               STIPULATION AND REQUEST FOR 90
13    GRAND CIRCLE, LLC dba GRAND CIRCLE       DAY EXTENSION OF TIME TO
      TRAVEL, TRIP MATE, INC. dba TRIP MATE    CONDUCT DISCOVERY AND
14    INSURANCE AGENCY, DOES 1 to 100,         DISCLOSURE OF EXPERT AND
                                               REBUTTAL EXPERT WITNESSES, AND
15                                             RELATED DEADLINES**
                Defendants.
16

17

18         Having considered the parties' Joint Stipulation and Request for 90 Day Extension of Time

19    to Conduct Discovery and Disclosure of Expert and Rebuttal Expert Witnesses, and Corresponding

20    Dispositive Motion Deadline, and for good cause shown, IT IS HEREBY ORDERED:

21         1.   The parties' joint request is granted;

22         2.   All discovery, including depositions of expert witnesses must be completed by March 15,

23    2013;

24         3.     Any party wishing to present expert testimony shall serve on all other parties the

25    expert's name, address, qualifications, resume, and a written report in compliance with Rule

26    26(a)(2)(B) by February 21, 2013;

27         4.     Any expert testimony intended solely to contradict or rebut another party's opinion

28    testimony shall be disclosed in compliance with Rule 26(a)(2)(B) by March 1, 2013; and

                                                1

1        5.  All dispositive motions shall be filed, served, and noticed by April 11, 2013. The Court

2    shall hear dispositive motions on May 16, 2013, or _____, 2013, at 10:00 a.m

3    in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San

4    Francisco, California.

5        All other dates set forth in the Case Management Order dated June 26, 2012 (DKT. #24),

6    shall remain unchanged.

7

8    Dated: _____          _____

9                                           Magistrate Judge Maria-Elena James

10

11                                          The parties shall submit a revised

12                                           stipulation that changes the pretrial/

13                                           trial dates as well.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED
Judge Maria-Elena James

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2