UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LEON LIGHT and LAURA LIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>GRAND CIRCLE, LLC dba GRAND CIRCLE TRAVEL, TRIP MATE, INC. dba TRIP MATE INSURANCE AGENCY, DOES 1 to 100,<br><br>Defendants. | Case No.: C 12-01339 MEJ<br>Action Filed: August 15, 2011<br>Removed: March 15, 2012<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST FOR 90 DAY EXTENSION OF TIME TO CONDUCT DISCOVERY AND DISCLOSURE OF EXPERT AND REBUTTAL EXPERT WITNESSES, AND RELATED DEADLINES** |
|---|---|

Having considered the parties' Joint Stipulation and Request for 90 Day Extension of Time to Conduct Discovery and Disclosure of Expert and Rebuttal Expert Witnesses, and Corresponding Dispositive Motion Deadline, and for good cause shown, IT IS HEREBY ORDERED:

1. The parties' joint request is granted;

2. All discovery, including depositions of expert witnesses must be completed by March 15, 2013;

3. Any party wishing to present expert testimony shall serve on all other parties the expert's name, address, qualifications, resume, and a written report in compliance with Rule 26(a)(2)(B) by February 21, 2013;

4. Any expert testimony intended solely to contradict or rebut another party's opinion testimony shall be disclosed in compliance with Rule 26(a)(2)(B) by March 1, 2013; and

1    5.  All dispositive motions shall be filed, served, and noticed by April 11, 2013. The Court shall hear dispositive motions on May 16, 2013, or _____, 2013, at 10:00 a.m in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

All other dates set forth in the Case Management Order dated June 26, 2012 (DKT. #24), shall remain unchanged.

Dated: _____                        _____
                                                                  Magistrate Judge Maria-Elena James

**DENIED** — *Judge Maria-Elena James* (United States District Court, Northern District of California seal)

The parties shall submit a revised stipulation that changes the pretrial/trial dates as well.

---

2
[Proposed] Order                                                                        Case No.
                                                                                                      C 12-01339 MEJ