UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LIGHT and LAURA LIGHT,<br><br>    Plaintiffs,<br><br>    v.<br><br>GRAND CIRCLE, LLC dba GRAND CIRCLE TRAVEL, TRIP MATE, INC. dba TRIP MATE INSURANCE AGENCY, DOES 1 to 100,<br><br>    Defendants. | Case No.: C 12-01339 MEJ<br>Action Filed: August 15, 2011<br>Removed: March 15, 2012<br><br>[PROPOSED] ORDER RE: REVISED JOINT STIPULATION AND REQUEST FOR 90 DAY EXTENSION OF DEADLINES |

Having considered the parties' Revised Joint Stipulation and Request for 90 Day Extension of Deadlines, and for good cause shown, IT IS HEREBY ORDERED:

1. The parties' joint request is granted;

2. <u>Pre-Trial Motions:</u>  The date by which all dispositive motions shall be filed, served and noticed shall be extended from 1/17/2013 to 4/18/2013.  The date the Court shall hear dispositive motions shall be moved from 2/21/2013 to 5/23/2013 at 10:00a.m. in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

3. <u>Discovery:</u>  The date by which all discovery, including depositions of expert witnesses, must be completed shall be extended from 12/18/2012 to 3/18/2013.  No discovery disputes may be brought to the Court's attention more than 10 days after the new discovery cut-off

date;

4. <u>Deadline to Amend Pleadings:</u>  The deadline to amend pleadings shall be extended from 9/24/2012 to 12/24/2012;

5. <u>Expert Disclosures:</u>  The date by which any party wishing to present expert testimony shall serve on all other parties the expert's name, address, qualifications, resume, and a written report in compliance with Rule 26(a)(2)(B) shall be extended from 11/23/2012 to 2/21/2013.

6. <u>Disclosure of Rebuttal Expert Witnesses:</u>  The date by which any expert testimony intended solely to contradict or rebut another party's opinion testimony in compliance with Rule 26(a)(2)(B) shall be extended from 12/3/2012 to 3/4/2013;

7. <u>Exchange and Filing of Trial Papers:</u>  The date by which lead counsel who will try the case shall meet and confer with respect to the preparation and content of the joint pretrial conference statement and shall exchange the papers described in Rule 26(a)(3) shall be extended from 4/24/2013 to 7/25/2013.  The date by which these papers, as well as a joint pretrial conference statement, must be filed with the Court shall be extended from 5/9/2013 to 8/9/2013.

8. <u>Motions in limine:</u> The deadline to file any motions in limine shall be extended from 5/9/2013 to 8/8/2013; and the deadline to file any opposition shall be extended from 5/16/2013 to 8/15/2013.

9. <u>Trial Briefs:</u>  The deadline Counsel shall file trial briefs is extended from 5/24/2013 to 8/23/2013.

10. <u>Voir Dire:</u>  The deadline Counsel shall file a joint set of requested voir dire to be posed by the Court, as well as any separate questions upon which counsel cannot agree, is extended from 5/24/2013 to 8/23/2013.

11. <u>Jury Instructions:</u>  The deadline the parties shall file a joint set of proposed jury instructions is extended from 5/24/2013 to 8/23/2013, and shall also submit them to the Court on a portable storage device (such as a USB thumb drive) in WordPerfect format.

12. <u>Proposed Verdict Forms:</u>  The deadline the parties shall file any joint and/or separate proposed verdict forms is extended from 5/24/2013 to 8/23/2013, and shall also submit them to the Court on a portable storage device.

13. Pretrial Conferences: The initial pretrial conference shall be extended from 5/23/2013 to 8/22/2013, or ~~as soon thereafter as the Court may hear on _____~~, 2013, at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Lead counsel who will try the case must attend the pretrial conference. The final pretrial conference shall be extended from 6/20/2013 to 9/19/2013 at 10:00 a.m. in Courtroom B, to address any outstanding trial issues.

14. Trial: The trial (including jury selection) date shall be extended from 6/24/2013 to 9/23/2013, (Trial schedule: Monday through Friday, 9:30 a.m. to 3:00 p.m.), ~~or as soon thereafter as the Court may hear on _____, 201~~3, and last 5 days.

Dated: September 17, 2012

_____
Magistrate Judge Maria-Elena James