UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON LIGHT and LAURA LIGHT,<br><br>    Plaintiffs,<br><br>    v.<br><br>GRAND CIRCLE, LLC dba GRAND CIRCLE TRAVEL, TRIP MATE, INC. dba TRIP MATE INSURANCE AGENCY, DOES 1 to 100,<br><br>    Defendants. | Case No.: C 12-01339 MEJ<br>Action Filed: August 15, 2011<br>Removed: March 15, 2012<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

    PURSUANT to the Parties' Stipulation for Dismissal of the Entire Action With Prejudice and for good cause shown,

IT IS SO ORDERED.


Dated: \_\_\_\_April 4, 2013\_\_\_\_      _____
                                              Magistrate Judge Maria-Elena James